FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV - 3 2022

KEVIN P. WEIMER, Clerk
By: ~~Kimberly Kelley~~ Deputy Clerk

# In The United State District Court
# For the Northern District Of Georgia
# Atlanta Division

Plaintiff:   Michael Bennett                Civil Action File Number:
                                              1:22-cv-01504-ELR

VS.

Defendant:   The Walt Disney Company, Marvel Entertainment LLC.

## Notice of Filing
## Plaintiff's Amended Complaint

Honorable Judge Eleanor L. Ross,

I claim that the defendants have committed Criminal Willful Copyright
Infringement by stealing my style from my Owl Intellectual Property which consists
of my two Owl books, 2008 Owl *Unlikely Crusader* with Owl cover art, 2012 Owl
*Knight's Quickening* with Owl cover art and my 2016 Towne City Black Widow
Drawing to make the 2018 Spider-Man: *Into the Spider-Verse* movie, 2019 Avengers:
*End Game* movie, 2019 Star Wars: Episode IX: *Rise of Skywalker* movie, 2021 Black
Widow movie, 2021 Falcon and the Winter Soldier television series and 2022 Moon
Knight television series.
I am suing the defendants for damages in the amount to be determined by a jury.

## Background

I answered Marvel Entertainment's advertisement for comic book writings and
comic book art submissions on the Marvel website in 2008.
Upon receiving my comic book submission the Defendants stole my Owl IP and
integrated it into their 2011-2019 Avengers Infinity Stone series enabling the
Defendants to revamp, inundate and enlarge their media content with Owl IP.
All of the Defendant's productions I was suing for in my previous case were part of
the 2011-2019 Avengers Infinity Stone series.

The defendants' Willful Copyright Infringement persists to this day.

## 2018 Spider-Man: *Into the Spider-Verse* movie

In 2016 I published the Towne City Black Widow Drawing then the defendants proved that they were "lying in wait" to steal more Owl IP from me by stealing every little detail from my drawing.



Because the Defendants already own a "Black Widow" character I believed once I published my Towne City Black Widow Drawing the Defendants would immediately steal my Towne City Black Widow Drawing for revenge on me for creating another Black Widow character and the Defendants did just that.

2018 the Defendants "lying in wait" first steal my style from my Towne City Black Widow Drawing to revamp their character Domino in the Deadpool 2 movie.




2018 the defendants steal my style when they position Domino like how Black Widow is positioned in the 2016 Towne City Black Widow drawing.



2018 because it is the defendants' writing process to taunt and threaten their copyright infringement victims while they steal IP from them, the defendants admit guilt as they steal my style from my 2016 Towne City Black Widow drawing of a black Black Widow when they have Deadpool call Domino a "black Black Widow" in the Deadpool 2 movie.



## 2018 Spider-Man: *Into the Spider-Verse* movie

2018 the defendants steal my style by stealing the Frank and Nancy names from the Towne City Black Widow drawing which is an obvious reference to the father daughter entertainers Frank Sinatra and Nancy Sinatra to make a Frank Sinatra Spider-Man hybrid character called Spider-Man Noir in the Spider-Man: *Into the Spider-Verse* movie.



2018 the defendants steal my style from my Owl book passage where Thomas Strainer uses a Model T car as a bumper car while talking about hover cars.



Here I believe the Frank Sinatra hat represents the stolen Owl IP. The defendants love to shove the fact in my face that they are stealing Owl IP because of my 2011 defamation campaign against them.



**Owl *Knight's Quickening* Excerpt: Page 10**
  Wide-eyed Joanne says, "Jimmy we also rode the **Model Ts** too, I think Tom **hit** every curb there was to **hit**."
  With a mouth full of food Thomas mumbles, "I thought they were **bumper cars**, anyway that's why they invented **hover cars**."

-Owl book's mention of using Model T as a bumper car and hover cars is like Spider-Man Noir using a hoovering Model T as a bumper car bumping it into another car.

-Thomas Strainer using a Model T car like a bumper car is like Spider-Man Noir using a Model T car like a bumper car





Spider-Man Noir retrieving the stolen Owl IP Frank Sinatra hat represents the defendants using then keeping the stolen Owl IP.

2018 the defendants steal my style by having multiple super zoom in shots of spiders biting people on the wrist like in my Towne City Black Widow drawing in the Spider-Man: *Into the Spider-Verse* movie.





The defendants steal the Frank and Nancy father/daughter crime fighting dynamic and the spider/human psychic communication/interaction with the Towne City Black Widow character to make the new Peni Parker Spider-Girl character, Peni's father's spider robot and Peni's best friend spider.



-Crime fighters Black Widow, Frank the father spider and Nancy the daughter spider swinging through the air all working together psychically linked is like crime fighters Peni Parker, Peni's father's spider robot and her best friend spider swinging through the air all working together psychically linked.

-The defendants trade out Black Widow's Frank the Father Spider with Peni's Father's spider Robot and blatantly steals the rest of the Owl IP.



Peni's Father Spider Robot dies; Peni collects her spider and willingly puts her spider on her person.



-Towne City Black Widow willingly placing her spiders on her wrists is like Peni willingly placing her spider on her wrists.



Peni Parker flies through the air with her best friend spider on her arm.



-Towne City Black Widow carrying her spiders on her arms while she flies through the air is like Peni Parker carrying her spider on her arm while she flies through the air.

-Towne City Black Widow needing her friends, father and daughter spiders, to be able to swing through the air is like Peni Parker being a daughter needing her father's spider robot and her friend a spider to be able to swing through the air. (To the best of my knowledge this has never been done before.)

2018 the defendants steal my style from the following passage including my use of onamonapia spelling the word Wooooo with 5 letter Os in the Spider-Man: *Into the Spider-Verse* movie.

### Owl *Knight's Quickening* Excerpt: page 35

This is James's first **bike jump** attempt, and he was a little nervous about testing it. He **rode his bike** to an abandoned airport just outside town, and went back and forth up and down the landing strip trying to pump up some courage. When he came around to the beginning of the **runway** he **pointed his bike down the strip** and hits the gas. Before
James knows it he was up to speed. The speedometer reads 170m.p.h. He **stands on the seat**, and when he lets go of the bars, PUTSSHHH!

8

The hydraulic seat catapult makes quite a sound as it **sends James soaring into the air.** The wings **take a preprogrammed position** on James's back in a **V shape**. **As he rockets into the air he lets out an excited cry, "Wooooo!"** On his way up he watches as his **bike races down the strip** by its self **only to crash** into and over a chain-link fence.

In both the Owl books and the Spider-Man: *Into the Spider-Verse* movie the heroes have mastered their super powers and launch themselves into the air.



-Owl using his motorcycle seat catapult to launch himself straight up into the air then letting out an excited cry "Wooooo!" spelled with 5 letter Os is like Spider-Man using a street pole and his web to launch himself straight up into the air then letting out an excited cry "Wooooo!" spelled with 5 letter Os.





The defendants usually spell Wooooo, Whoo.

2014 the first time the defendants stole my style from this section of my Owl books was in the Captain America *The Winter Soldier* movie when they steal Owl's bike jump and Preprogrammed V shape wings.



-Owl racing down an airport strip before he does his Bike Jump is like Captain America racing down a strip of road towards an airplane before he does his Bike Jump.



-Owl using his motorcycle to launch himself into the air is like Captain America using his motorcycle to launch himself into the air.



-Owl's wings taking a preprogrammed V shape on his back is like Falcon's wings taking a preprogramed V shape on his back.

-Owl yelling, "Wooooo!" rocketing into the air while he watches his motorcycle crash into a fence in the background behind him is like Falcon yelling, "Whoo!" rocketing through the air while he watches a missile hit the Helicarrier in the background behind him.

## 2019 Star Wars: Episode IX: *Rise of Skywalker* movie

2019 the third time the defendants stole my style from this section of my Owl books
was in the Star Wars: Episode IX: *The Rise of Skywalker* movie when they steal
Owl's motorcycle seat catapult.

### Owl *Knight's Quickening* excerpt: pages 34 & 35

James buys himself a **racing motorcycle**, a Flash 1600. The man
selling the **bike** didn't ask him any questions and took cash. James
had a plan. Get a **bike** then **modify the seat with a catapult**, and
outfit the **bike** with an automatic breaking\parking mechanism. The
idea being that when the **bike** reaches speeds above one hundred sixty
M.P.H. **the seat outfitted with a catapult could launch James
into the air.**

2019 Star Wars: Episode IX: *The Rise of Skywalker* movie



-Owl using his motorcycle seat catapult to launch himself into the air to fly is like
the Stormtroopers using their motorcycle seat catapult to launch themselves into
the air to fly.







The defendants make sure to call attention to this stolen Owl IP by having three different characters say "They Fly Now" three different ways.
(To the best of my knowledge the "motorcycle catapult seat" has never been done before.)

2018 the defendants steal my style from the following excerpts from my Owl book to make the following scene in the Spider-Man: *Into the Spider-Verse* movie.

### Owl *Knight's Quickening* Excerpt: Page 19
James is **dressed** as if he was going to work just **like any other day**.

### Owl *Knight's Quickening* Excerpt: Page 22
Glancing down for a second **James looks at Dr. Morikaido's dead body lying** face down **on the floor** but he has to keep going because the armed security guards were flooding into the lab shooting at him. As James steps on the **broken glass** it makes an eerie screeching noise. When he comes to the edge of the floor **he leaps** out of the **broken window** and **starts falling**.

As James **falls through the air** he can hear the **distant street noises rushing up towards him.** He clicks on glide mode, his wings pop open without fail, and **he stops falling** and starts gliding. James **reaches out to grab hold** of the **hand controls** so **he can maneuver himself.** He grabs a hold of the hand controls just before crashing into **a building.** He swings his legs in front of him and tries to pull up.

**Inside that building** there was a **business** meeting **in process on one of the upper floors.** Right before James collides into the structure **he puts his feet on to the building's glass windows and runs sideways on it until he is able to push himself off the building.** The **sound of James's feet stomping on the glass window interrupts the meeting inside** and a man gets up from the table to investigate the unusual noise. He walks to the window and opens the blinds. All the executives sitting around the conference table are baffled at what they see, bloody **footprints going sideways on the outside of their window.** James is fighting to gain control when he runs into a large **antenna** snagging his pants on it and ripping them. He calls out in pain as he slams on the gravel roof, "AARRGG!"

**Owl *Knight's Quickening* Excerpt : page 24**
James **lands on top of an eight story parking deck.**

**Owl *Knight's Quickening* Excerpt: page 24**
James **takes his helmet off**

**Owl *Knight's Quickening* Excerpt: page 24**
He **puts his helmet back on**, **takes a look over the edge** of the parking deck, **inhales deeply**, **jumps off** and glides into a nearby alley.



-Owl wearing everyday clothes is like Spider-Man wearing everyday clothes.

-Owl jumping off a building out a broken window is like Spider-Man jumping off a building off a broken window.



-Owl falling through the air is like Spider-Man falling the air.



-Owl reaching out to grab hold of his wings so he can maneuver himself so he can stop falling over city streets is like Miles reaching out to grab hold of his webs so he can maneuver himself so he can stop falling over city streets.





-Large antennas in the Owl book is like large antennas in the Spider-Man movie.

-Owl landing on a building, taking off his helmet, putting his helmet back on, inhaling, taking a look over the edge and jumping off a building is like Spider-Man

landing on a building, lifting his mask, exhaling, putting his mask back on, taking a look over the edge and jumping off a building.









-Owl book's description from the perspective of inside an upper floor business office while Owl runs sideways on the outside of the windows then pushes himself off the building is like the movie Spider-Man: *Into the Spider-Verse's* depiction from the perspective of inside an upper floor business office while Spider-Man runs sideways on the outside of the windows then pushes himself off the building.
(To the best of my knowledge this has never been done before.)

2014 the first time the defendants stole from this section of my Owl books was in the Captain America *The Winter Soldier* movie.



-Owl looking at his boss who had just been shot by an assassin lie on the floor is like Captain America looking at his boss who had just been shot by an assassin lie on the floor.



-Owl watching his boss get shot, jumping out a broken window, falling over a street and crashing into an office building is like Captain America watching his boss get shot, jumping out a broken window, falling over a street and crashing into an office building.



-Owl running sideways on the outside of an office building is like Captain America running sideways inside an office building.



-Owl ending up on top of a building and looking over the edge is like Captain America ending up on top of a building and looking over the edge.


2018 the second time the defendants stole from this section of my Owl books is in the Ant-Man and the Wasp movie where Wasp uses her mechanical wing suit to run sideways on a vertical surface like Owl wearing a mechanical wing suit runs sideways on a vertical surface.

(To the best of my knowledge this has never been done before.)




2019 the fourth time the defendants stole from this section of my Owl books is in the Spider-Man: *Far from Home* movie





-Owl book's description from the perspective of inside an upper floor business office while Owl runs sideways on the outside of the windows then pushes himself off the building is like the 2019 movie Spider-Man: *Far From Home's* depiction from the perspective of inside an upper floor business office while Spider-Man runs sideways on the outside of the windows then pushes himself off the building.
(To the best of my knowledge this has never been done before my Owl books.)

Above the defendants just duplicate their copyright infringement from the 2018 Spider-Man: *Into the Spider-Verse* movie only changing the direction that Spider-Man is running.



### 2019 Avengers: *End Game* movie

2019 the defendants steal my style and give Falcon Owl Wings in Combat Mode that Falcon uses as swords in the Avengers: *Endgame* movie.



-Owl using his wings as swords is like Falcon using his wings as swords.

I do not believe there has ever been a superhero character to ever have a wing suit with autonomous, retractable wings that he or she could attach to their arms and use the wings as shields and swords at the same time.

## 2021 Black Widow movie

2021 The defendants foreshadow their intentions of stealing my Owl IP for revenge for creating another Black Widow character in the opening credits of the Black Widow movie when they show a young, and to quote the defendants, "black Black Widow" followed by a man shooting a bazooka followed by a silhouette of a "black Black Widow" with a target on her.



About 30 minutes into the 2021 Black Widow movie the defendants steal my style from my Towne City Black Widow drawing when they show another silhouette of a "black Black Widow" foreshadowing their copyright infringement to come.



2021 the defendants steal my style from my Owl IP at the end of the Black Widow movie when they flood the movie screen with numerous, various "black Black Widows".



Above are four "black Black Widows" standing side by side.





Here are three Black Widows with weapon handles sticking up over their right shoulders like the Towne City Black Widow.



Because the defendants stole my style from my Towne City Black Widow drawing they learned that there could be more than one Black Widow character. The Defendants take the concept of multiple Black Widow characters from my Towne City Black Widow drawing, writing a storyline in the 2021 Black Widow movie that revolves around multiple Black Widow characters.

2021 the defendants steal my style and give Black Widow Owl's Grappling Chuck, Owl's Sickle Chuck, Owl's Baton Chuck and Owl's Staff Chuck in the Black Widow movie.

2021 the defendants steal my style and give Black Widow Owl's Grappling Chuck with a cylinder tube firing handle in the Black Widow movie.

### Owl *Knight's Quickening* excerpt: page 3

"Screw this I know I got another **anchor** here somewhere." Owl dangles hundreds of feet above the quiet streets below searching **pocket to pocket**.

"Here's one." Owl **loads** the last **anchoring probe** in his **Grappling Chuck**, **points it upwards and fires. POP! The probe sticks into the concrete façade** and starts drilling.

Owl orders his **probe** as if it could hear him, **"Get some meat."** The **probe** drills **into the concrete** and does what it is told or more exactly, does what it was designed to do which is to drill **into most hard surfaces.** Owl **hits the retract button** on his **Grappling Chuck** and **it automatically pulls him up** to the top floor.

### Owl *Knight's Quickening* excerpt: page 27

James needed a way to scale objects so he made a pair of **Grappling-chucks**. One handle contained self-drilling **anchoring probes** that were detachable. The other **handle held charges that could propel the anchoring handle like a missile then retract** itself with **James hanging on to it**.

### Owl *Knight's Quickening* excerpt: page 53

Owl swings through the air like Tarzan and then **shoots the Grappling-Chuck's probe at the robot's camera** that is **incased in bulletproof armor**. POP! The probe hits and **sticks into the armor.**



-Owl shooting the Remote Control Soldier with his Grappling Chuck is like Black Widow shooting the remote controlled soldier Taskmaster with her Grappling Chuck.



-Owl pointing his grappling chuck upward and shooting his anchor into a hard surface is like Black Widow pointing her grappling chuck upward and shooting her anchor into a hard surface



-Owl using his Grappling Chuck to automatically retract himself up to the top of a building is like Black Widow using her Grappling Chuck to automatically retract Taskmaster up to the top of a bridge.



-Owl ordering his grappling probe to "Get some Meat" is like the remote controlled Black Widow soldier shooting her grappling into meat (someone's back).



-Owl shooting the Remote Control Soldier robot with his Grappling Chuck is like the remote controlled soldier Black Widow shooting Black Widow with her Grappling Chuck.

2014 the first time defendants steal my style Owl's Collapsible Anchoring Probe for Black Widow was in the Captain America *The Winter Soldier* movie.



2014 the defendants steal my style and give the Winter Soldier Owl's Grappling Chuck in the Captain America *The Winter Soldier* movie.



2016 the defendants steal my style and give Captain America Owl's Grappling Chuck in the Captain America *Civil War* movie.

2021 the defendants steal my style and give Black Widow Owl's Sickle Chuck that starts off as a 1 foot long cylinder tube then turns into a sickle in the Black Widow movie.

**Owl *Knight's Quickening* excerpt: page 27**
After the Baton-chucks James made a **Sickle-chuck**. He put a little more steel in this pair to give them some weight. **In one handle** an **ominous Sickle blade sat ready to pop out with the flick of a switch**. The **handles lock together**, they were **attached by diamond fiber** that extends and retracts just like the Baton chucks.

**Owl *Knight's Quickening* excerpt: page 27**
**Chuck after chuck** he made them all so they could **attach and detach to his vest with ease**.



-Owl's Chucks starting out as 1 foot long cylinder tubes that can attach and detach to his vest with ease is like Black Widow's Chucks starting out as 1 foot long cylinder tubes that can attach and detach to her back pack with ease.



-Owl's Sickle Chuck starting off as a 1 foot long cylinder tube then with a flick of a switch turning into a sickle with a 2 foot long handle is like Black Widow's Sickle Chuck starting off as a 1 foot long cylinder tube then with a flick of a switch turning into a sickle with a 2 foot long handle.

2018 The Defendants stole Owl's Sickle Chuck in the Avengers: *Infinity War* movie when they give a big alien an oversized Owl Sickle Chuck.

**Owl *Knight's Quickening* Excerpt: page 27**
The cable was made of **Diamond Fiber**, a **strong cable** like fiber that **could saw through just about anything.**





-Owl throwing his Sickle Chuck tethered by a cutting diamond fiber cable is like the big alien throwing his Oversized Sickle Chuck tethered by a cutting metal cable made of knives.

2021 the defendants steal my style and give Black Widow Owl's Baton Chuck that starts off as a 1 foot long cylinder tube that telescopes out to a 3 foot long baton in the Black Widow movie.

**Owl *Knight's Quickening* excerpt:  page 27**
**Baton chucks**, each **handle telescopes out** about **three feet**; they can be locked together to form a Staff.

Below Black Widow changes her sickle to a baton with a flick of a switch.



-Owl's Nun Chucks having the ability with a flick of a switch to change from one weapon to form a new weapon is like Black Widow's Sickle Chuck having the ability with a flick of a switch to change from a sickle to form a baton.



-Owl's Baton Chucks starting out as 1 foot long cylinder tube then telescoping out to make a 3 foot Baton is like Black Widow's Baton Chucks starting out as 1 foot long cylinder tube then telescoping out to make a 3 foot Baton.

2021 the defendants steal my style and give a Black Widow Owl's Staff Chuck that starts off as two 1 foot long cylinder tubes, attached to his vest, that telescope out to two 3 foot long batons that can lock together to form a 6 foot staff in the Black Widow movie.

> **Owl *Knight's Quickening* excerpt: page 27**
> **Baton chucks**, each **handle telescopes out** about **three feet**; they **can be locked together to form a Staff**.

> **Owl *Knight's Quickening* excerpt: page 27**
> **Chuck after chuck** he made them all so they could **attach and detach to his vest with ease**.



-Owl detaching his Nun Chucks from the front of his vest to form a staff is like a Black Widow agent detaching her Chucks from the front of her vest to form a staff.



-Owl's Staff Chuck that starts off as two 1 foot long cylinder tubes that telescope out to two 3 foot long batons that lock together to form a 6 foot staff is like a Black Widow agent's Staff Chuck that starts off as two 1 foot long cylinder tubes that telescope out to two 3 foot long batons that lock together to form a 6 foot staff.



2021 the defendants steal my style and give Black Widow Owl's 6 foot long Staff Chuck that comes apart in the middle to form two 3 foot long batons in the Black Widow movie.



-Owl's Staff Chucks with the ability to come apart in the middle to form two 3 foot long batons is like Black Widow's Staff Chucks with the ability to come apart in the middle to form two 3 foot long batons.



-Owl's Nun Chucks having the ability with a flick of a switch to change from one weapon to form a new weapon is like Black Widow's Staff having the ability with a flick of a switch to change from a staff to form 2 batons.

2021 the defendants steal my style and give Taskmaster another version of Owl's computerized helmet with automatic respirator and bulky circular ruff collar.



-Owl having a computerized helmet with automatic respirator and bulky circular ruff collar is like Taskmaster having a computerized helmet with automatic respirator and bulky circular ruff collar.

## 2021 The Falcon and the Winter Soldier Television Series

2021 the defendants continue to steal my style from my Owl IP for the Falcon and the Winter Soldier television series.

2014 the defendants first steal my style from my Owl IP to revamp their character Falcon in the Captain America: *The Winter Soldier* movie.





Pictorial characters drawn for comic books or film cartoons are readily protected by copyright, as pictorial and graphic works, provided they meet the minimal requirements for "original authorship. Gaiman v. Mcfarlane, 360 F.3d 644(7th Cir. 2004); Walt Disney Prod. V. Air Pirates, 581 F.2d 751(9th Cir. 1978) (Mickey Mouse parodied in defendant's risqué comic books).

In my first case the Defendants made the observation that my character Owl has a long sleeve shirt on while their Marvel Character Falcon has a short sleeve shirt on.

What has happened is that the evolution of Falcon's Owl IP makeover had not evolved to include a long sleeve shirt at the time of the Defendant's observation.

The Defendants steal Owl IP in increments.

The Defendants start Falcon's Owl IP makeover with Falcon having a short sleeve shirt then creep Falcon's sleeves down past his elbows before giving Falcon a long sleeve shirt in the 2021 Falcon and the Winter Soldier Television Series making Falcon more like Owl.



Now Falcon has a long sleeve shirt in the 2021 Falcon and the Winter Soldier Television Series






The following is some of the Owl IP the Defendants have stolen over the past 11 years to revamp their character Falcon making Falcon more and more strikingly similar to Owl.

1. Owl Pants (Military style with built in Knee Pads).
2. Owl Vest with Bulky Collar.
3. Owl's Costume color scheme.
4 Owl Wings (Same size and shape).
5. Owl Wings Autonomous Nature
6. Owl Wing's ability to be used Hands-free.
7. Owl Wing's ability to be used as Swords.
8. Owl Wing's ability to automatically take a V formation when increasing speed.
9. Owl Wing Blade's ability to Retract.
10. Owl Super Spy Camera.
11. Owl Super Hearing Equipment.
12. Owl's Battering Ram move.
13. Owl's Long Sleeve Shirt.

14. Owl's Wing's ability to take a Tripod position to help Steady the wearer of the Owl Wings.

### Owl *Knight's Quickening* Excerpt: Page 4

Owl has just finished climbing to the top of one of the many tall skyscrapers in Towne City. **On his back are two wings made mostly of metal and plastic.** The wings are making a faint whirling sound and are kicking up dust all around the dark figure. They are attached to a metal collar around his neck and the collar is fastened to his vest. As Owl walks to the edge of the building his **wings automatically position themselves one on each shoulder**. Two black pins about the size of golf tees pop out of the tips of each wing. Owl grabs his wings, pulls them down in front of him, **and plants them into the gravel roof.**

**Using the wings like a tripod he steadies his head** and starts surveying the city, scanning for anything out of the ordinary.



-Owl planting his wings into the floor to steady himself is like Falcon planting his wings into the floor to steady himself.
(Please see exhibit 3, Clip 4)

15. Owl's ability to use his wing suit's thrusting power to fight adversaries.



Here Falcon uses his wing suit's thrusting power to slam a bad guy into a crate knocking him out. (Please see exhibit 3, Clips 1, 2, 3, 4 & 6)

**Owl *Knight's Quickening* Excerpt: Page 33**
"Then the man pulls out these two sticks, and **a lot of wind came out of him. The wind was so strong it made it hard to see.** The sticks were connected with some sort of rope, and **he started whooping them** like he was their daddy or something."

16. Owl's wing suit's ability to use a red light, a camera and an advanced computer system to perform facial recognition.

The Defendants foreshadow or telegraph they are going to steal Owl's wing suit's facial recognition ability with the following line from The Falcon and the Winter Soldier television series, "I can't believe he pulled an El Chapo."




I can't believe he pulled an El Chapo.

**Owl *Knight's Quickening* Excerpt: Page 33**
"Let the girls go."

"We're taking these girls to a party…"

"Then a **red laser** came out the top of the man's helmet. The man interrupts him, "You're at the party **Carlos Guzman**. I'm placing all of you under arrest." They laughed at him. The one he called Carlos said, "Hey man you **shot a laser into my eye** man. Your not suppose to shoot lasers into peoples eyes like that man, your going to have to pay."

Because it is the Defendant's writing process to taunt and threaten their Copyright infringement victims while they are stealing IP from them, the Defendants will do things like mentioning El Chapo in the same TV show they are stealing Owl wing suit's ability to perform facial recognition for Falcon because El Chapo's real name is Guzman and I used his real name to name my character Carlos Guzman.

33



Falcon's drone detaches itself from Falcon's wing suit and flies ahead to perform facial recognition.



-Owl using his wing suit's ability to use his camera, red laser and advanced computer to perform facial recognition is like Falcon using his wing suit's ability to use his camera, red laser and advanced computer to perform facial recognition.



-Owl shooting a red laser in Hispanic Carlos Guzman's single eye while performing facial recognition is like Falcon shooting a red laser in Hispanic Ayla Perez's single eye while performing facial recognition.
(Please see exhibit 3, Clip 6)



17. Owl's Grappling Chuck used as a weapon.

2021 the defendants steal my style and give Falcon Owl's Grappling Chuck used as a weapon on an enemy.

> **Owl *Knight's Quickening* Excerpt: Page 15**
> Owl runs to the right as he swings up **just in front of the bullets that are chasing him down.** His feet leave the floor as he **launches himself** toward the doctor and the RC soldier. Owl swings **through the air like Tarzan and then shoots the Grappling-Chuck's probe at the robot's** camera that is incased in bulletproof armor. POP! The probe hits and sticks into the armor.



-Owl flying through the air in his wing suit dodging bullets from a machine gun then shooting his grappling chuck hitting an enemy subsequently disabling the enemy is like Falcon flying through the air in his wing suit dodging bullets from a machine gun then shooting his grappling chuck hitting an enemy subsequently disabling the enemy.



(Please see exhibit 3, Clips 1 & 3)

18. Owl Wing's (Hands Free Mode) ability to help Balance the wearer of the Owl Wings and to stay out of the way of the wearer of the Owl Wings while they perform athletic actions.

2021 the defendants steal my style and give Falcon Owl's suit's Hands Free mode where his suit automatically pop out the wings and they assist the wearer of the Owl wings with balance while staying out of the way of the wearer of the Owl wings.

> **Owl *Knight's Quickening* Excerpt: Page 15**
> James gets suited up, "Hey Tom, check out the new and improved **Hands Free mode**." In **Hands Free mode** the **wings support their own weight and assists the suit's wearer in maintaining balance. The wings float on James's back while he starts shadow boxing, and kicking.** Then **James jumps up and does a roundhouse kick easily and without getting tangled up with the wings.**



-Owl's ability to fight in a hand to hand combat situation with his wings out automatically helping him is like Falcon's ability to fight in a hand to hand combat situation with his wings out automatically helping him.
(Please see exhibit 3, Clips 1, 3 & 4)



The first time the defendants steal Owl's suit Hands Free Mode was when they gave Falcon Owl's Roundhouse kick in his Wing Suit in the 2016 Captain America *Civil War* movie.



-Owl performing a roundhouse kick without getting tangled up with his wings while in hands free mode is like Falcon performing a roundhouse kick without getting tangled up with his wings while in hands free mode.


19. Owl Wing's ability to be used as Shields. (Please see exhibit 3, Clip 1)

2021 the Defendants steal my style and give Falcon Owl's ability to use his wings as shields.

> **Owl *Knight's Quickening* excerpt: page 51**
> Although Owl had been **shot many times**, the **suit's armor had taken most of the punishment** and was ready for more.

> **Owl *Knight's Quickening* excerpt: page 51 & 52**
> Dr. Morikaido targets James and fires two missiles at him. Owl lies down on his back and **shields himself with his wings.**



2008 the Defendants started stealing my style from my Owl IP to revamp their character Falcon.

The Defendants theft of my Owl IP has been so successful Falcon who is unrecognizable to what he use to look like before Falcon started to receive his Owl IP make over is now one of the most popular Superheroes that has ever existed, has made billions of dollars for the Defendants and has replaced Captain America and is called "Captain America" in the 2021 Falcon and the Winter Soldier television series making the 2021 Falcon and the Winter Soldier title very similar to the 2014 Captain America: The Winter Soldier title.

I have always maintained that the 2014 Captain America: The Winter Soldier movie was a total rip off of my Owl IP.



One way of making Falcon more like Owl would be to give him the new 2017 Vulture helmet with a beak on the respirator. The Defendants were "lying in wait" when they stole this Owl IP.

 

On the left is a picture of Owl with his respirator with a beak on it covering his nose and mouth was published in 2014 about 3 years before the 2017 Spider-Man: Homecoming movie that contains stolen Owl IP was released.

**2022 Moon Knight Television Series**

Another way of making Falcon more like Owl would be to have him fly around and work his autonomous wings as shields and swords like the newly revamped with Owl IP, "Scarlet Scarab", in the 2022 *Moon Knight* television series.



2016 The Towne City Black Widow Drawing



Like all the other Marvel characters the Defendants revamped with stolen Owl IP, Scarlet Scarab is unrecognizable to Marvel's original Scarlet Scarab character.



Scarlet Scarab action moves are strikingly similar to Owl's.
If Falcon were to be given action moves like Scarlet Scarab, the revamping of Falcon using stolen Owl IP will be increased.

> The copyrightable elements of an animated character have been said to "extend not merely to the physical appearance of the animated figure, but also to the manner in which it moves, acts and portrays a combination of characteristics." DeCarlo v. Archie Comic Publ'ns, Inc. 127 F. Supp. 2d 497(S.D.N.Y.), aff'd, 11 Fed, Appx. 26 (2d Cir. 2001) (unpublished).

I do not believe there has ever been a superhero character to ever have a wing suit with autonomous, retractable wings that he or she could attach to their arms and use them as shields and swords at the same time.

**2008 Owl *Unlikely Crusader* excerpt: page 20 & 21**
The **wings are in combat mode**; they **are attached to his arms.** He has attached razor **sharp carbon fiber blades** with micro laser serrations to the **front and back of each wing.** Two **double-sided blade**s that are **three and a half feet long,** "Such **large swords** have never felt so light."

**Owl *Knight's Quickening* Excerpt: Page 27**
 James **practices his martial arts while wearing his suit** in some remote woods. The **wings are in combat mode**; and **are attached to his arms.** His hand controls allow him to control how fast the Static-fans spin, ranging from idle making the wings weightless, to full power making James almost weightless. He leaps into the air, cranks on the

power and **spins like a helicopter seed falling from a tree**. He has **attached razor sharp carbon fiber blades** with micro laser serrations to the front and back of each wing.
*Such **large swords** have never felt so light.*

### Owl *Knight's Quickening* Excerpt: Page 27

James is **slashing through the foliage testing the strength of the blades.** With a few final **martial art moves** James comes to a rest. He is standing in the middle of a large area that he has **clear-cut with his wings**; everything from huge bushes to **trees ten inches in diameter, lay on their side.**

### Owl *Knight's Quickening* Excerpt: Pages 51

Owl clicks on **Combat Mode the wings pop out seeking James's hands**. He grabs the hand controls as he readies himself. **The fight that ensued looked just like what it was, seven men running into two huge black double edge swords that moved like leaves blown around by the wind.**



-Owl flying around using his wing blades in combat mode to fight enemies is like Scarlet Scarab flying around using her wing blades in combat mode to fight enemies





-Owl spinning like a helicopter seed is like Scarlet Scarab spinning like a helicopter seed.

**Owl *Knight's Quickening* Excerpt: Page 51**
A bullet grazes Owl's leg as **he manages to block most of the bullets with his wings.**



-Owl using his wings to block bullets is like Scarlet Scarab using her wings to block bullets.



(Please see exhibit 4, Clip 1)

Scarlet Scarab was a male character that was changed to a female character but Owl is a male character.

The Towne City Black Widow is a female character.

Given the totality of my case I believe the Defendants when confronted with the task of revamping Scarlet Scarab, stole style from my character Owl, stole style from my character The Towne City Black Widow and combined the two styles to revamp the Defendant's Egyptian superhero character Scarlet Scarab?

Especially given the enormous success the Defendants enjoyed from their revenge copyright infringing plagiarism in the 2018 *Deadpool 2* movie.



Especially given the enormous success the Defendants enjoyed from their revenge copyright infringing plagiarism in the 2018 Spider-Man: Into the Spider-Verse movie.




Especially given the enormous success the Defendants enjoyed from their revenge copyright infringing plagiarism in the 2021 Black Widow movie.




## Conclusion

The Defendants are masters of misdirection and disinformation.

It is the Defendants' writing process to taunt and threaten their copyright infringement victims with personal and specific information while they steal IP from them, linking the Defendants to their copyright infringement victims. (Please see exhibits 5 & 6)

The Defendant's writing process has 3 phases.

Phase 1. Steal IP from copyright infringement victim.

Phase 2. Insert personal specific taunts and threats into Defendants' media aimed at copyright infringement victim while stealing IP from the same copyright infringement victim.

Phase 3. Defendants point at Plaintiff and call him or her crazy when Plaintiff points out unbelievable outrageous taunts and threats made by the Defendants.

In this case the Defendants have now entered phase 3 of their writing process.

The Defendants write,
> "Plaintiff's filing contains a number of allegations that raises concern about his well-being."

Here the Defendants accuse me of being crazy despite the fact my phone was hacked by an Algerian hijacker and they put an Algerian hijacker in their 2014 Captain America: The Winter Soldier movie.

Despite the fact the first time Falcon wears his stolen Owl wings in the 2014 Captain America: The Winter Soldier movie Falcon is dressed exactly like I am dressed in my 2012 YouTube video The Mike and Andy Fishing Show *Victory Pond* which was released at the same time the Defendant's 2014 Captain America: The Winter Soldier movie was being made.

Despite the fact the Defendants highlight and wreck a 2006 Silver Dodge Dakota truck in the 2014 Captain America: The Winter Soldier movie the same type of truck I was driving in the same 2012 YouTube video The Mike and Andy Fishing Show *Victory Pond*.

Despite the fact after winning a 4 year lawsuit against me "Michael Bennett" they put a boy named "Bennett" who is starving because his father can't get out of bed before noon in the 2021 Falcon and the Winter Soldier television series.

Despite the fact Marvel character Falcon in the 2014 Captain America: The Winter Soldier movie acts and looks strikingly similar to my character Owl.

Despite the fact they used their hack on my phone to put 35 "Null" comments on my YouTube videos over a 3 year period then removed all of the "Null" comments after I called them out on Facebook and Twitter.

The Defendants use the word "Null" to taunt me because they take great pride in using their wealth and power to bring my stolen original, never been done before Owl IP first to market essentially nullifying my Owl IP, essentially nullifying me and my entertainment contributions.

I respectfully hope this Court sees through the Defendants' ploy and sees these taunts and threats as I do, as the Defendants' "Admissions of Guilt".

It is the Defendant's strategy to present the Court with little obscure scraps of evidence without any context then pretend to not understand.
The Defendants employ this strategy to discredit me and my Complaint.
I respectfully hope that the Court sees through the Defendant's ploy and I respectfully hope that the Court sees that I have turned in a truthful comprehensible complaint worthy of relief.

Respectfully Submitted,

X   Michael Bennett

Michael Bennett
P.O. Box 1532
Norcross, Georgia 30091
404-271-0713

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV - 3 2022

KEVIN P WEIMER, Clerk
By: Kimberly Hicks Deputy Clerk

# In The United State District Court
# For the Northern District Of Georgia
# Atlanta Division

Plaintiff:    Michael Bennett

VS.

Defendant:   The Walt Disney Company, Marvel Entertainment LLC.

Civil Action File Number:
1:22-cv-01504-ELR

## Notice of Filing
## Certificate of Service

Honorable Judge Eleanor L. Ross,

I hereby verify that I have sent copies of the following: Plaintiff's Amended Complaint and Exhibits 1-6 to the defendant's attorneys Alston & Bird 1201 West Peachtree Street, Atlanta Georgia 30309-3424 via certified U.S. Mail.

Notice of Filing Plaintiff's Amended Complaint

Notice of Filing CD Exhibit 1, Notice of Filing CD Exhibit 2, Notice of Filing CD Exhibit 3, Notice of Filing CD Exhibit 4, Notice of Filing Exhibit 5, Notice of Filing Exhibit 6.

Respectfully Submitted,

X _Michael Bennett_

Michael Bennett
P.O. Box 1532
Norcross, Georgia 30091
404-271-0713